# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PLANZ PINDER ENTERPRISES, INC.,** | **CASE NO. 1:18-CV-0180 AWI JLT** |
| **Plaintiff** | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND CLOSING CASE** |
| v. | |
| **RAMIRO MINERO and EMERITA MINERO,** | (Doc. No. 6) |
| **Defendants** | |

On April 20, 2018, the Magistrate Judge assigned to this matter issued an order to show cause why sanctions should not be imposed pursuant to Federal Rule of Civil Procedure 11. <u>See</u> Doc. No. 5.

On May 1, 2018, Plaintiff's counsel responded to the order to show cause by filing a declaration and motion to dismiss under Federal Rule of Civil Procedure 41(a)(2) without prejudice. <u>See</u> Doc. No. 6. As part of the response, current counsel states that he agrees with the Magistrate Judge's conclusion that federal question jurisdiction is lacking and that dismissal is proper.[1]

Although the motion is brought under Rule 41(a)(2), the Court finds that Rule 41(a)(1) applies because no Defendant has appeared or participated in this lawsuit. Federal Rule of Civil Procedure 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion

---

[1] Counsel Peterson made the declaration. Counsel Gonzalez filed the complaint.

for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Here, as noted above, no answers to Plaintiff's complaint and no motions for summary judgment have been filed, and it appears that no such documents have been served. Because Plaintiff has exercised its right to voluntarily dismiss its complaint under Rule 41(a)(1), this case has terminated automatically. See Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson, 111 F.3d at 692.

With respect to the order to show cause, in light of current counsel's admission and request to dismiss this case, the Court is satisfied that no further action is necessary. The Court trusts that both of Plaintiff's counsel will exercise the appropriate level of care and scrutiny to ensure that jurisdiction actually exists before filing suit in federal court again. Therefore, the order to show cause will be discharged.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal without prejudice (Doc. No. 6); and

2. The order to show cause is discharged (Doc. No. 5).

IT IS SO ORDERED.

Dated:   May 8, 2018                                    _____
                                                        SENIOR DISTRICT JUDGE